UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JAMES ROCKY WRIGHT**                                                                  **PLAINTIFF**

v.                                                                          **CIVIL ACTION NO. 3:06-CV-P572-S**

**FRITZ MOISE et al.**                                                                  **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, Defendants' motions to dismiss (DNs 19 and 21) are **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's claims against Edie Underwood, Fritz Moise, Marilyn Perry, and Sharon Sizemore are **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the plaintiff's claims against Defendant Grace Smith are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(1) and *McGore v. Wrigglesworth*, 114 F.3d 601, 608 (6th Cir. 1997).

Thus, this case is **DISMISSED** in its entirety. There being no just reason for delay in its entry, this is a final order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4411.009